FILED
MAR 15 2012
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                        DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 12CR551-BEN |
|---|---|
| Plaintiff, | ) |
| v. | ) **ORDER:** <br> ) 1) **DISMISSING CASE WITHOUT PREJUDICE;** |
| JULIO RODRIGUEZ-ROBLES, | ) 2) **JUDGMENT OF DISMISSAL** |
| Defendant. | ) |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing thereof,

**IT IS HEREBY ORDERED** that the Indictment in the above-referenced case is dismissed without prejudice as to defendant JULIO RODRIGUEZ-ROBLES.

**IT IF FURTHER ORDERED** that defendant JULIO RODRIGUEZ-ROBLES be released and remanded to the custody of the United States Department of Homeland Security.

**SO ORDERED.**

DATED: 02/15         , 2012.

HON. ROGER T. BENITEZ
United States District Judge